# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00713-CV

---

### W. C. and Z. B., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-003971, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellants W. C. and Z. B. filed their notices of appeal on October 7, 2019, and October 2, 2019, respectively. The appellate record was complete on October 29, 2019, making appellants' briefs due on November 18, 2019. To date, appellants' briefs have not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Robert Galvin and Lindsey Dionne to file appellants' briefs no later than December 11, 2019. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on November 25, 2019.

Before Justices Goodwin, Baker, and Kelly